INVESTMENT REGISTRY CO., Limited, v. CHICAGO & M. ELECTRIC R. CO. GRIFFITHS v. WESTERN TRUST & SAVINGS BANK et al. (Circuit Court of Appeals, Seventh Circuit. May 28, 1914.) No. 2124. Appeal from the District Court of the United States for the Eastern District of Wisconsin. For opinion below, see 213 Fed. 492. Julius Moses, of Chicago, Ill., for appellant. Levy Mayer and Lessing Rosenthal, both of Chicago, Ill., for appellees.

PER CURIAM. Motion to dismiss heard, and appeal dismissed.

---

INVESTMENT REGISTRY, LIMITED, OF LONDON, ENGLAND, v. CHICAGO & M. ELECTRIC R. CO. et al. (Circuit Court of Appeals, Seventh Circuit. January 8, 1915.) No. 2072. Appeal from the District Court of the United States for the Eastern District of Wisconsin. Lyman G. Wheeler, of Milwaukee, Wis., for appellant. I. A. Fish, of Milwaukee, Wis., for appellees.

PER CURIAM. Decree (204 Fed. 500) affirmed.

---

IRVING–PITT MFG. CO. v. TWINLOCK. CO. (McMILLAN BOOK CO., Intervener). (Circuit Court of Appeals, Second Circuit. July 26, 1915.) No. 259. Appeal from the District Court of the United States for the Southern District of New York. William W. Dodge, of New York City (F. P. Fish, of New York City, of counsel), for appellant. John C. Pennie, of New York City, for appellee. Before LACOMBE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. Decree affirmed, with costs, on the opinion below (220 Fed. 325).

---

PALERMO LAND & WATER CO. v. RAILROAD COMMISSION OF CALIFORNIA et al. (Circuit Court of Appeals, Ninth Circuit. October 7, 1915.) No. 2666. Appeal from the District Court of the United States for the Second Division of the Northern District of California. McCutchen, Olney & Willard, of San Francisco, Cal., for appellant. Douglas Brookman, of San Francisco, Cal., for appellees.

For opinion below, see 227 Fed. ——.

PER CURIAM. Dismissed, without costs to either party, pursuant to stipulation of counsel for respective parties.

---

REXFORD v. SOUTHERN WOODLAND CO. et al. (Circuit Court of Appeals, Fourth Circuit. September 16, 1915.) No. 1313. Appeal from the District Court of the United States for the Eastern District of South Carolina, at Charleston; Henry G. Connor, Judge. Benjamin F. Martin, and Joseph A. McCullough, both of Greenville, S. C., and Joseph F. Ford, of Asheville, N. C. (McCullough, Martin & Blythe, of Greenville, S. C., and Lee & Ford and James H. Merrimon, all of Asheville, N. C., on the brief), for appellant. Julian Mitchell, of Charleston, S. C. (Mitchell & Smith, of Charleston, S. C., on the brief), for appellees. Before KNAPP and WOODS, Circuit Judges, and WADDILL, District Judge.

PER CURIAM. The opinion of the District Judge (208 Fed. 295) convincingly sustains the decree, and we think nothing of substance can be added. Affirmed.